UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PATRICK KROLL and DEBRA KROLL, individually and as parents and next friends of C.A. KROLL, a minor, </br></br>      Plaintiffs,</br></br>vs.</br></br>BUMBO LTD., a foreign corporation,</br></br>      Defendant. | Civil Action No. 6:09-cv-2040</br></br>PRO HAC VICE FOR</br>ADAM PULASKI |

Mark L. Zaiger, counsel for Plaintiffs in the present cause, pursuant to Local Rule 83.2(d)(2), moves for admission pro hac vice of attorney Adam Pulaski. In support, and for good cause, the undersigned states:

1. Mr. Pulaski is an attorney in good standing practicing in the law firm of Pulaski & Middleman, LLC, 6800 West Loop South, Suite 200, Bellaire, Texas 77401. Mr. Pulaski is a member of the bar of the state of Texas.

2. Mr. Pulaski is admitted to practice before the courts of the state of Texas and, as well, the United States District Court for the Southern District of Texas.

3. By retention of the undersigned, Defendants have satisfied the associate counsel requirement of Local Rule 83.2(d)(3).

WHEREFORE, the undersigned moves for admission of attorney Adam Pulaski pro hac vice.

/s/ Mark L. Zaiger
MARK L. ZAIGER          AT0008655
          for
SHUTTLEWORTH & INGERSOLL, P.L.C.
115 Third Street SE, P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:     (319) 365-9461
FAX:       (319) 365-8564
EMAIL:     mlz@shuttleworthlaw.com
Contact email: heather@shuttleworthlaw.com
Heather Bertch @ 319-365-9461

ATTORNEYS FOR PLAINTIFFS