IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PATRICK KROLL and DEBRA KROLL, individually and as parents and next friends of C.A. KROLL, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO LTD, a foreign corporation,<br><br>Defendant. | No. C09-2040<br><br>ORDER FOR ADMISSION PRO HAC VICE |

This matter comes before the Court on the Motions for Admission Pro Hac Vice (docket numbers 3, 4, and 5) filed by attorney Mark L. Zaiger on behalf of attorneys Adam Pulaski, Elizabeth Cunningham, and Michael Ross Cunningham on September 1, 2009. The Court finds that the motions should be granted.

ORDER

IT IS THEREFORE ORDERED that the Motions for Admission Pro Hac Vice (docket numbers 3, 4, and 5) are hereby **GRANTED**. Attorneys Adam Pulaski, Elizabeth Cunningham, and Michael Cunningham shall be authorized to appear on behalf of the Plaintiffs in this case.

DATED this 2nd day of September, 2009.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA